

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

April 27, 2020

**VIA ECF**

Honorable David N. Hurd
United States District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

Honorable Christian F. Hummel
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    Behnam v. Technology Partners, LLC, No. 20 Civ. 132 (DNH)(CFH)

Your Honors:

      The parties in the above-referenced matter have agree to have this matter transferred to the United States District Court for the Western District of North Carolina.

      Enclosed please find a stipulation that we respectfully request be "so ordered."

      Thank you for your attention to this matter.

                            Respectfully yours,

                            Harry H. Rimm

Enclosure
cc:    Counsel of record (Via ECF)