IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00257-RJC-DCK

MATTHEW BENHAM,

                Plaintiff,

v.

TECHNOLOGY PARTNERS, LLC,

                Defendant.

**JOINT NOTICE OF SETTLEMENT**

NOW COME the Plaintiff, Matthew Benham, and Defendant, Technology Partners, LLC, by and through respective Counsel and hereinafter referred to as "the Parties," hereby notifying the Court the Parties have reached a settlement in principal as to all claims in this matter. The Parties need to formalize the settlement in writing and then file a Voluntary Dismissal. The Parties request the Court stay all deadlines in this case for 30 days, up through and including July 3, 2020, in which Plaintiff will file a Voluntary Dismissal.

1

NPRAL1:1553787.1
Case 3:20-cv-00257-RJC-DCK    Document 23    Filed 06/03/20    Page 1 of 3

Respectfully submitted, this the 3rd day of June, 2020.

/s R. Daniel Boyce_____
R. Daniel Boyce, NCSB No. 12329
dboyce@nexsenpruet.com
**NEXSEN PRUET, PLLC**
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
T: 919.653.7825
*Attorney for Defendant*

/s/richardliebowitz
Richard Liebowitz
rl@liebowitzlawfirm.com
**LIEBOWITZ LAW FIRM, PLLC**
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
T: 516.233.1660
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was electronically filed with the Court's ECF system. The undersigned further certifies that a copy of the foregoing pleading has also been served addressed to:

Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
*Attorney for Plaintiff*

This the 3rd day of June, 2020.

/s R. Daniel Boyce
R. Daniel Boyce, NCSB No. 12329
dboyce@nexsenpruet.com
**NEXSEN PRUET, PLLC**
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
T: 919.653.7825
*Attorney for Defendant*

3