IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-257-RJC-DCK

| MATTHEW BENHAM, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TECHNOLOGY PARTNERS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement" (Document No. 23) notifying the Court that they reached a settlement in principal on June 3, 2020. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **July 3, 2020**.

**SO ORDERED**.

Signed: June 4, 2020

David C. Keesler
United States Magistrate Judge